UNITED STATES BANKRUPTCY COURT FILED VIA MAIL
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION                         AUG 21 2009

CLERK, U.S. BANKRUPTCY
COURT, TAMPA FLORIDA

IN RE:
    Zulma Toro

                                              Bankruptcy Case No. 07-BK-05959-ABB
                                              Chapter 13

    Debtor(s)

## MOTION TO WITHDRAW MONEY

    John Costello, C.P.A., claimant, moves to Court to enter an order authorizing the withdrawal of moneys on deposit for this estate in the name of, Zulma Toro creditor, whose original address was: 1102 Spring Lite Way, Orlando, FL, 32825.

The claimant, John Costello, C.P.A., from the firm Thomas Costello C.P.A., P.A., EIN #59-2687945, to support this motion and the payment of unclaimed funds states:

1. The trustee of this estate did deposit into the registry of the Court the sum of $1,522.64 and specially named Zulma Toro the rightful creditor due this amount.

2. Check was returned to the undersigned as a result of insufficient or incorrect mailing addresses of the creditor-payee. The undersigned Trustee made a diligent effort to determinate the account numbers, or correct addresses but all efforts were unsuccessful.

3. John Costello, C.P.A. is the authorized representative of Zulma Toro and all supporting documentation is attached and made part of this motion.

4. Claimant's address is the following: **Thomas Costello, C.P.A., P.A.**
                                      John Costello, C.P.A
                                      1300 N. Federal Hwy, Suite 201
                                      Boca Raton, FL, 33432-2848
                                      Tel: (561) 391-6444

_____
Signature of Claimant

John Costello, C.P.A._____
Printed Name

_08-18-09_____
Date

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA

In re:
   Zulma Toro

                                                  Case# 07-BK-05959-ABB
                                                  Chapter 13

   Debtor

## CERTIFICATE OF SERVICE

**NOTICE** is hereby given that on ___08-18-09___, a true and correct copy of the Motion to Withdraw Money was mailed via first class, postage prepaid U.S. Postal Service to:

**U.S. Attorney:**
Office of the US Attorney
Middle District of Florida
400 N. Tampa St., Suite 3200
Tampa, FL, 33602

_____
John Costello, C.P.A.
**Thomas Costello, C.P.A.,P.A.**
1300 N. Federal Hwy, Suite 201
Boca Raton, FL, 33432-2848

Thomas M. Costello, CPA, PA
John F. Costello, CPA
1300 N Federal Highway, Suite 201
Boca Raton, FL 33432
Federal Tax Identification Number 59-2689745
License Number AC0033145
license verification at myfloridalicense.com

## Agreement to Locate Property

The fee for locating the unrecovered property shall be limited to 13 percent.

If the claimant's representative fails to make a recovery of the assets no fees, cost or any other charges shall be due by the claimant.

This agreement shall be limited to the amounts printed immediately below. No modification of these printed amounts shall be permitted.

Value of Claim: $1,522.64 To Claimant: $1,324.70 To Claimant's Representative: $197.94

### LIMITED POWER OF ATTORNEY
(good for one transaction only)

I, _ZULMA TORO_, whose address is 1102 SPRING LITE WAY ORLANDO FL 32825, hereby appoint John F. Costello, CPA of Boca Raton, FL to act in my capacity to do only the following:

I authorize John F. Costello, CPA to claim any unrecovered property held by the United States Bankruptcy Court, on my behalf. I authorize that the fee agreed to in the above "Agreement to Locate Property" be paid out of such property, with the balance of the recovery to be paid directly by the court to me.

The rights, powers, and authority of my attorney in fact to exercise any and all of the rights and powers herein granted shall commence and be in full force and effect on the fate signed, shall remain in full force and effect only so long as is necessary to recover the above property.

Signed: _____ Dated _5-27-09_ Ph Number _407-625-8494_

STATE OF _Florida_ COUNTY OF _Orange_ Last 4 Digits of SSN # _4468_

e-mail (optional) _ZULMA.TORO@ymail.com_

fax (optional) _____

This form must be notarized below

The foregoing instrument was acknowledged before me this _1_ day of _June, 2009_ by _____, who signed with a mark in the presence of these witnesses

_Luz M. Moraza_
Signature of Notary     Personally Known _✓_
                        Produced Identification _____ Type Produced _____

LUZ M MORAZA
MY COMMISSION # DD497263
EXPIRES: Dec. 6, 2009
(407) 398-0153     Florida Notary Service.com







**ORANGE COUNTY UTILITIES**
9150 CURRY FORD ROAD
ORLANDO, FLORIDA 32825-7600

CUSTOMER INQUIRIES: (407) 836-5515
TOLL FREE: (800) 626-1140
24 HOUR EMERGENCY: (407) 836-2777

No. 002
ZULMA
Account Number: 0533435962
Billing Date: 1/8/2009
Due Date: Immediately

Page 1 of 2

**GET THE TAX REFUND YOU DESERVE.** See if you qualify for the EITC-Earned Income Tax Credit of up to $5,000 & file your taxes FREE. www.HFUW.org - Telephone: 2-1-1

*RECIBA EL REEMBOLSO DE IMPUESTOS QUE MERECE. Determine si usted califica para el EITC-El Crédito de Trabajo hasta de $5,000 y rinda su planilla de impuestos GRATIS. www.HFUW.org - Teléfono 2-1-1*

E-Billing is now available. Visit our Website:
http://www.ocfl.net/PayUtilities/

| Account Summary as of January 8, 2009 | |
|---|---|
| Previous Balance | $28.41 |
| Payments Received | .00 |
| Balance Forward | 28.41 |
| Current Charges | 6.57 |
| Adjustments | .42 |
| **Total Amount Due** | **$35.40** |
| Past Due Balance | |
| Pay Immediately to Avoid Disconnection | |

### Account Level Charges

**Deposit Interest Refund**

**Adjustments**
01/05/2009 Deposit Interest

---



**RETURN THIS PORTION WITH PAYMENT — DO NOT SEND CASH THROUGH MAIL**
Please make checks payable to Orange County Utilities

Orange County Utilities
PO Box 312
Orlando, FL 32802-0312

| Account Number | Total Due | Due Date | Amount Paid |
|---|---|---|---|
| 0533435962 | $35.40 | Immediately | |



0000050023  AUTO 5-DIGIT 32825
ZULMA TORO
1102 SPRINGETTE WAY
ORLANDO FL 32829-9746

ADDRESS ON ORIGINAL CHECK.

SEND PAYMENTS TO
Orange County Utilities
PO Box 628068
Orlando, FL 32862-8068

0533435962600000000000035402